UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAWRENCE SIMMONS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:23-cv-290

Hon. Hala Y. Jarbou

## ORDER

In accordance with the opinion entered this date:

**IT IS ORDERED** that the R&R (ECF No. 14) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Order to Suspend and Rescind the Clerk's Action and Evidentiary Hearing Convened (ECF No. 8) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Court **CERTIFIES** that an appeal by Defendant would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

A judgment will issue in accordance with this order.

Dated: July 24, 2023

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE